

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00324-CV

**IN THE INTEREST OF Z.K.W.**, Z.K.C., V.L.S., Jr., and V.O.K.S., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02567
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED October 23, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice